UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In Re:

Fawad Rashid,                                                      Case No 23-42200

   Debtor.                                                         Chapter 13
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. Bank National Association, as Trustee, successor in interest to LaSalle Bank N.A., Not in Its individual Capacity, as Trustee of Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-3 (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Raquel Felix, Esq.**
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

Dated: June 27, 2023
Westbury, NY

        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
        Attorney for Secured Creditor
        900 Merchants Concourse, Suite 310
        Westbury, NY 11590
        Phone: (516) 280-7675
        Fax:   (516) 280-7674

        By: /s/ Raquel Felix
        Raquel Felix, Esquire

23-130989 - RaF

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In Re:

Fawad Rashid,                                          Case No 23-42200

   Debtor.                                              Chapter 13
-----------------------------------------------------------------x

# CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on June 27, 2023, I caused the foregoing Notice of

Appearance and Request for Service to be electronically filed with the Clerk of Court by using

the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States

Mail to the following parties:


ALICE A NICHOLSON, ESQ
26 COURT STREET, SUITE 1307
BROOKLYN, NY  11242

FAWAD RASHID
107-24 71ST ROAD
APT. PH4C
FOREST HILLS, NY  11375

KRISTA M PREUSS
KRISTA M. PREUSS, CHAPTER 13 TRUSTEE
100 JERICHO QUADRANGLE
STE 127
JERICHO, NY  11753


23-130989 - RaF

OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF NY (BROOKLYN)
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN ROOM 510
NEW YORK, NY  10004-1408


Dated: June 27, 2023
Westbury, NY

                Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                Attorney for Secured Creditor
                900 Merchants Concourse, Suite 310
                Westbury, NY 11590
                Phone: (516) 280-7675
                Fax:    (516) 280-7674

                By: /s/ Raquel Felix
                Raquel Felix, Esquire